UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERIA,            ORDER UNDER SEAL

-against-

Angel Curet,

           Defendant(s).            16 CRIM 2__ (PK_)

---

CASTEL, U.S.D.J.

The Court hereby orders that the condition of bail be modified to allow defendant to continue to work at his present place of employment.

SO ORDERED.

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

Dated: New York, New York
       March 21, 2016

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/16